UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Sensa Verogna,
        Plaintiff

        v.                                      Case No. 20-cv-536-SM
                                                Opinion No. 2022 DNH 103

Twitter, Inc.,
        Defendant


**O R D E R**


On August 27, 2020, the court denied plaintiff's motion to proceed anonymously in this litigation and ordered that he disclose his identity.  Plaintiff filed an interlocutory appeal challenging that decision and this proceeding was stayed. Earlier this month, the Court of Appeals affirmed the court's decision denying plaintiff's request to proceed anonymously. Accordingly, on or before **September 14, 2022,** plaintiff shall file a written notice with the Clerk of Court disclosing his true identity, whereupon the case caption will be amended accordingly.


Given plaintiff's history of delay in this matter, he should understand that absent truly good cause, the deadline by which he must disclose his identity will not be extended.

Failure to comply with this order shall result in dismissal of plaintiff's action with prejudice.  See Fed. R. Civ. P. 41(b).

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

August 29, 2022

cc:  Sensa Verogna, pro se
     Jonathan Eck, Esq.
     Indraneel Sur, Esq.